IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NATHAN HALL,

    Plaintiff,                        No. CIV S-09-2932 EFB P

    vs.

KATHLEEN L. WILKINSON, et al.,

    Defendants.                  ORDER AND
                                       FINDINGS AND RECOMMENDATIONS

_____/

       On November 5, 2009, the court found that plaintiff's application to proceed *in forma pauperis* failed to include the required certified copy of his trust account statement. Accordingly, the court ordered plaintiff to submit the required trust account statement within thirty days and warned him that failure to do so would result in a recommendation that this action be dismissed.

       The 30-day period has expired and plaintiff has not filed the required trust account statement nor otherwise responded to the court's order.[1]

////

---

[1] Although it appears from the file that plaintiff's copy of the order was twice served upon him and returned marked "undeliverable" and "refused," plaintiff was properly served. Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

1

1  Accordingly, it is hereby ORDERED that the Clerk randomly assign this case to a United
2 States District Judge.
3  Further, it is RECOMMENDED that this action be dismissed without prejudice.
4  These findings and recommendations are submitted to the United States District Judge
5 assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty-one
6 days after being served with these findings and recommendations, any party may file written
7 objections with the court and serve a copy on all parties.  Such a document should be captioned
8 "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections
9 within the specified time may waive the right to appeal the District Court's order. *Turner v.*
10 *Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).
11 Dated:  February 8, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE